# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00140-CR

**Scott Richard Smith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
### NO. 01-145-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

Appellant=s motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: June 21, 2002

Do Not Publish